UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ALEXANDER P. BEBRIS,

        Defendant.

Case No. 19-CR-02

---

## MOTION TO MODIFY DETENTION ORDER

---

Defendant Alexander P. Bebris, by his attorneys Gimbel, Reilly, Guerin & Brown LLP, respectfully moves the court, the Honorable William C. Griesbach, Chief Judge presiding, and the Honorable David E. Jones, United States Magistrate Judge, pursuant to 18 U.S.C. § 3145(b), to review and modify the detention order issued by Magistrate Judge James R. Sickel on January 2, 2019.

This motion is supported by the accompanying affidavit of counsel.

Dated this 19th day of September, 2019.

Respectfully submitted,

GIMBEL, REILLY, GUERIN & BROWN LLP

By:
   /s/Brianna J. Meyer
   JASON D. LUCZAK
   State Bar No. 1070883
   Email: jluczak@grgblaw.com
   BRIANNA J. MEYER
   State Bar No. 1098293
   Email: bmeyer@grgblaw.com
Attorneys for Defendant

POST OFFICE ADDRESS:

Two Plaza East, Suite 1170
330 East Kilbourn Avenue
Milwaukee, Wisconsin 53202
Telephone: 414/271-1440
*crim/bebris,alexander/bail mot 2019-09-06*