# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>**ALEXANDER P. BEBRIS** | **MOTION HEARING**<br>**RE:** [36] Defendant's Motion to Modify Detention Order<br><br>Case No. 19-CR-2 |

| | |
|---|---|
| HONORABLE WILLIAM C. GRIESBACH presiding | Time Called: 2:30 p.m. |
| Proceeding Held: October 1, 2019 | Time Concluded: 2:41 p.m. |
| Deputy Clerk: Mara | Tape: 100119 |

**Appearances:**

| | |
|---|---|
| UNITED STATES OF AMERICA by: | Daniel R. Humble |
| ALEXANDER P. BEBRIS in person and by: | Jason D. Luczak (via telephone) |
| US PROBATION OFFICE by: | Brian Koehler |
| INTERPRETER: None | |

The Court addresses the defendant's motion to modify the detention order.

Government does not oppose the defendant's release with the conditions recommended by Pretrial Services in the previous bond study.

The Court GRANTS [36] Motion to Modify Detention Order, subject to approval of the defendant's place of residence by Pretrial Services.

The Court and parties discuss conditions of release.

**Defendant is released on O/R bond with conditions. See Order Setting Conditions of Release.**