UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

v.                              Case No. 19-CR-02

ALEXANDER P. BEBRIS,

        Defendant.

## NON-PARTY FACEBOOK, INC.'S
## CORPORATE DISCLOSURE STATEMENT

Non-party Facebook, Inc. ("Facebook") states that it has no parent corporation and that there is no publicly held corporation that owns 10% or more of its stock.

Dated: November 27, 2019

                                        Respectfully Submitted,

                                        PERKINS COIE LLP

                                        By:   *s/ Ryan T. Mrazik*
                                                   Ryan T. Mrazik
                                                   1201 Third Avenue, Suite 4900
                                                   Seattle, WA 98117
                                                   Telephone:   (206) 359-8098
                                                   Facsimile:    (206) 359-9098

                                                   Sopen B. Shah
                                                   PERKINS COIE LLP
                                                   33 East Main Street, Suite 201
                                                   Madison, WI 53703
                                                   Telephone:   (608) 663-7460
                                                   Facsimile:    (608) 663-7499

## CERTIFICATE OF SERVICE

I certify that on November 27, 2019, I electronically filed the foregoing NON-PARTY FACEBOOK, INC.'S CORPORATE DISCLOSURE STATEMENT with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorney(s) of record.

I certify under penalty of perjury that the foregoing is true and correct.

DATED this 27th day of November, 2019.

*s/ Jean Hernandez*
Jean Hernandez, Legal Secretary