# Gimbel · Reilly · Guerin · Brown
## LLP

Writer's E-mail
jluczak@grgblaw.com

December 3, 2019

**VIA E-FILE**

The Honorable William C. Griesbach
United States District Court – Eastern District of Wisconsin
125 S. Jefferson Street
Courtroom 201
Green Bay, WI 54301-4541

    Re:    *United States v. Alexander P. Bebris*
             Easter District of Wisconsin Case No. 19-cr-02

Dear Judge Griesbach:

    As the Court is aware, on November 27, 2019, non-party Facebook, Inc., filed a motion to quash the subpoena to testify, either in person or via video conferencing, at the December 3, 2019, evidentiary hearing on the defendant's motion to suppress. I write to respectfully request that the Court schedule Facebook's motion for a hearing, and set a briefing schedule. I also believe that given that procedural posture that it would be appropriate to not close the evidentiary record on Mr. Bebris's suppression motion until the Court decides Facebook's motion to quash. The defense believes that Facebook's declaration is wholly insufficient to address the concerns raised in Mr. Bebris's motion to suppress, which the defense will fully set forth in Mr. Bebris's response to Facebook's motion to quash.

    Additionally, the Government filed a pre-hearing brief on Saturday, November 30, 2019, regarding Mr. Bebris's motion to suppress. As the defense has been preparing for the December 3 hearing, we have not had sufficient time to reply to the Government's brief and respectfully request that the court set a briefing schedule in order to supplement Mr. Bebris's brief and reply to the Government's arguments. The defense would respectfully request that a supplemental briefing schedule be set at the close of the evidentiary record on Mr. Bebris's suppression motion.

    Thank you for your consideration.

                        Very truly yours,

                        *s/ Jason D. Luczak*
                        JASON D. LUCZAK

JDL/BJM

330 East Kilbourn Avenue
Suite 1170
Milwaukee, WI 53202
P: 414-271-1440
F: 414-271-7680
www.grgblaw.com