# Gimbel · Reilly · Guerin · Brown
## LLP

Writer's E-mail
jluczak@grgblaw.com

January 24, 2020

**VIA E-FILE**

The Honorable William C. Griesbach
United States District Court – Eastern District of Wisconsin
125 S. Jefferson Street
Courtroom 201
Green Bay, WI 54301-4541

> Re: *United States v. Alexander P. Bebris*
> Easter District of Wisconsin Case No. 19-cr-02

Dear Judge Griesbach:

As you are aware, the above-captioned matter is currently in the middle of scheduled briefing on the defense's motion to suppress. On January 7, 2020, the Government filed an unopposed motion to extend the deadlines associated with the briefing schedule. The Court then granted the motion and allowed the Government until January 17, 2020, to file its response brief and allowed the defense until January 29, 2020, to file any reply brief.

Unfortunately, I will be out of town the week of January 20, 2020, on a previously scheduled family vacation. I am writing to respectfully request the Court extend the defense's filing deadline for any reply brief to February 3, 2020. I have spoken to Assistant United States Attorneys Proctor and Humble, who indicated the Government does not oppose the defense's request.

Thank you for your attention to this matter.

Very truly yours,

/s/ *Jason D. Luczak*
JASON D. LUCZAK

330 East Kilbourn Avenue
Suite 1170
Milwaukee, WI 53202
P: 414-271-1440
F: 414-271-7680
www.grgblaw.com