# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | **COUNSEL ONLY TELEPHONE CONFERENCE** |
| **ALEXANDER P. BEBRIS** | Case No. 19-CR-2 |

| | |
|---|---|
| HONORABLE WILLIAM C. GRIESBACH presiding | Time Called: 2:30 p.m. |
| Proceeding Held: March 17, 2020 | Time Concluded: 2:35 p.m. |
| Deputy Clerk: Mara | Tape: 031720 |

**Appearances:**

| | |
|---|---|
| UNITED STATES OF AMERICA by: | Daniel R. Humble |
| | Benjamin W. Proctor |
| ALEXANDER P. BEBRIS by: | Jason D. Luczak |

The Court inquires as to the status of the case.
Mr. Luczak requests the court to set a Change of Plea hearing date within 60 days.
No objections.

**Change of Plea Hearing set for May 8, 2020 at 11:00 a.m.**
Time is automatically excluded under the Speedy Trial Act pursuant to the General Order 20-2 issued on March 13, 2020 regarding COVID-19.