UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

               Plaintiff,               Case No. 19-CR-02

vs.

ALEXANDER P. BEBRIS,

               Defendant.

---

## MOTION TO ADJOURN

---

TO:    Daniel R. Humble, Assistant United States Attorney
        United States Attorney's Office
        205 Doty Street, Suite 301
        Green Bay, Wisconsin 54301

Defendant Alexander P. Bebris, by his attorneys Jason D. Luczak and Gimbel, Reilly, Guerin & Brown LLP, respectfully moves the court, the Honorable William C. Griesbach, Chief Judge presiding, for an adjournment of the plea hearing for the above-captioned matter, which is currently scheduled for May 8, 2020.

AS GROUNDS Bebris asserts:

1.      On March 11, 2020, the World Health Organization ("WHO") officially classified COVID-19 as a pandemic. *WHO Director-General's opening remarks at the media briefing on COVID-19*, World Health Organization (March 11, 2020) at https://www.who.int/dg/speeches/detail/who-director-general-s-opening-remarks-at-the-media-briefing-on-covid-19---11-march-2020. The following day, Governor Evers

declared a Public Health Emergency in Wisconsin. *Gov. Evers Declares Public Health Emergency Due to COVID-19*, Office of the Governor, State of Wisconsin (March 12, 2020) at https://content.govdelivery.com/accounts/WIGOV/bulletins/280ac92.

2. On March 25, 2020, the State of Wisconsin began operating under Governor Evers' "Safer at Home" order, which ceased operations of any "non-essential" business, prohibited any gatherings of individuals who "are not part of a single household," and ordered individuals to only perform "minimum basic operations." *Emergency Order #12, Safer at Home Order*, Department of Health Services, State of Wisconsin (March 24, 2020) at https://evers.wi.gov/Documents/COVID19/EMO12-SaferAtHome.pdf. Governor Evers later extended the "Safer at Home" order to last until May 26, 2020. *Emergency Order #12, Safer at Home Order*, Department of Health Services, State of Wisconsin (April 16, 2020) at https://content.govdelivery.com/attachments/WIGOV/2020/04/16/file_attachments/1428995/EMO28-SaferAtHome.pdf.

3. On April 23, 2020, the Honorable Pamela Pepper, Chief United States District Judge for the Eastern District of Wisconsin, ordered that "[a]ll in-person felony plea colloquies and sentencing hearings scheduled to being before June 1, 2020 are continued and will be rescheduled by the presiding judge to a date after June 1, 2020, unless the parties notify the assigned judge that they wish to proceed via videoconference as provided in General Order 206-6 and Section 15002 of the CARES Act." *General Order No. 20-9, "Updated General Order Regarding COVID-19 Virus Public Emergency,"* Eastern District of Wisconsin (Apr. 23, 2020).

4. The plea hearing in this case is currently set to occur on May 8, 2020 at 11:00 a.m., which falls within the time frame specified by General Order No. 20-9.

5. Based on the above-mentioned orders regarding the COVID-19 virus, Bebris respectfully request that the Court adjourn the scheduled plea hearing for a time in June convenient to all parties.

Dated this 29th day of April, 2020.

Respectfully submitted,

GIMBEL, REILLY, GUERIN & BROWN LLP

By:
/s/Jason D. Luczak
JASON D. LUCZAK
State Bar No. 1070883
Email: jluczak@grgblaw.com
BRIANNA J. MEYER
State Bar No. 1098293
Email: bmeyer@grgblaw.com

Attorneys for Defendant

POST OFFICE ADDRESS:

Two Plaza East, Suite 1170
330 East Kilbourn Avenue
Milwaukee, Wisconsin 53202
Telephone: 414/271-1440
*crim/bebris,alexander/mot to adjourn 2020-04-28*