# Gimbel · Reilly · Guerin · Brown LLP

Writer's E-mail
jluczak@grgblaw.com

June 22, 2020

**VIA E-FILE**

The Honorable William C. Griesbach
United States District Court – Eastern District of Wisconsin
125 S. Jefferson Street
Courtroom 201
Green Bay, WI 54301-4541

    Re:    *United States v. Alexander P. Bebris*
              Eastern District of Wisconsin Case No. 19-CR-02

Dear Judge Griesbach:

       I write to respectfully request the Court allow Bebris to travel from his residence in the Eastern District of Wisconsin to the Southern District of Ohio from July 2 through July 5, 2020. Prior to the commencement of the above-captioned matter, Bebris had been living in Ohio with his family. Bebris and his now ex-wife went through a divorce, which was recently finalized. The requested travel to Ohio is necessary as Bebris must remove his property from his former marital home, or else risk the disposal of his property.

       While Bebris was initially ordered detained pending trial, on October 1, 2019, this Court released Bebris on bond with conditions. Pretrial Services has been monitoring Bebris while on bond. To date, there have been no violations and Bebris has been compliant with all pretrial release conditions. Furthermore, Bebris will certainly comply with any additional conditions Pretrial Services might want to place on him during his travels.

330 East Kilbourn Avenue
Suite 1170
Milwaukee, WI 53202
P: 414-271-1440
F: 414-271-7680
www.grgblaw.com

For these reasons, Bebris respectfully requests the Court grant an order allowing Bebris to travel from Wisconsin to Ohio and back from July 2 through July 5, 2020. My office has spoken with both Assistant United States Attorney Dan Humble and Pretrial Services Agent Kevin Norman, and neither object to Bebris's request. Thank you for your consideration.

Very truly yours,

JASON D. LUCZAK