# Gimbel · Reilly · Guerin · Brown
## LLP

Writer's E-mail
jluczak@grgblaw.com

July 30, 2020

**VIA E-FILE**

The Honorable William C. Griesbach
United States District Court – Eastern District of Wisconsin
125 S. Jefferson Street
Courtroom 201
Green Bay, WI 54301-4541

    Re: *United States v. Alexander P. Bebris*
           Eastern District of Wisconsin Case No. 19-CR-02

Dear Judge Griesbach:

    I am writing to inform the court of Mr. Bebris's address change. He now resides at 402 Woodrow Court, Denmark, WI 54208. Thank you.

                              Very truly yours,

                              JASON D. LUCZAK

330 East Kilbourn Avenue
Suite 1170
Milwaukee, WI 53202
P: 414-271-1440
F: 414-271-7680
www.grgblaw.com