UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,

  v.                                              Case No. 19-CR-02

ALEXANDER P. BEBRIS,

        Defendant.

---

## DEFENDANT'S WRITTEN OFFENDER'S VERSION

---

Defendant Alexander P. Bebris, through his counsel, Gimbel, Reilly, Guerin & Brown LLP submits the following written offender's version, and acceptance of responsibility:

*During the spring of 2016, I began seeing my then-girlfriend, Carly Wade. Carly and I would sometimes communicate via Facebook messenger. We sent multiple pictures back and forth, most of which were pictures of nude adults. On September 7, 2018, I sent Carly two images of child pornography which I came across on the TOR browser. I had downloaded the TOR browser out of curiosity; I wanted to learn more about coding.*

*When the police came to my apartment, I truthfully told them that I was the only person living in the apartment, had lived there since February 2018, and confirmed that Spectrum was*

*my internet provider, and the dark web. The two images above described above were the only images of child pornography that I ever distributed.*

*I regret my actions and know that they were both inappropriate and illegal. I take full responsibility for what I did and will never act in a similar manner again.*

Mr. Bebris reviewed the contents of this document and agrees with the following statements regarding this case.

Dated this <u>9th</u> day of November, 2020.

                Respectfully submitted,

                GIMBEL, REILLY, GUERIN & BROWN

                By:
                  Electronically signed by
                  <u>/s/ Jason D. Luczak</u>
                  JASON D. LUCZAK
                  Wis. State Bar No. 1070883
                  Email: jluczak@grgblaw.com
                  BRIANNA J. MEYER
                  Wis. State Bar No. 1098293
                  Email: bmeyer@grgblaw.com
              Attorneys for Defendant

POST OFFICE ADDRESS:

330 East Kilbourn Avenue, Suite 1170
Milwaukee, Wisconsin 53202
Telephone: 414/271-1440