# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA

v.  **TELEPHONE CONFERENCE re: [80]**
**Defendant's Motion to Adjourn Sentencing**

**ALEXANDER P. BEBRIS**  Case No. 19-CR-2

HONORABLE WILLIAM C. GRIESBACH presiding  Time Called: 11:29 a.m.
Proceeding Held: November 12, 2020  Time Concluded: 11:34 a.m.
Deputy Clerk: Cheryl  Tape: 111220

**Appearances:**

UNITED STATES OF AMERICA by:  Daniel R. Humble

ALEXANDER BEBRIS by:  Jason D. Luczak

UNITED STATES PROBATION OFFICE:  Brian Koehler

The defendant is scheduled for sentencing tomorrow.

Mr. Humble states he does not object to the adjournment, however, the request for the adjournment relates to the recently filed letter. Mr. Humble states that the letter does not affect sentencing.

The Court advises the parties that the court is prepared to hold an in-person hearing. The court has taken precautions in the courtroom for the safety of the parties.

Mr. Luczak states that the sentencing can move forward as planned tomorrow based on the government's position. The request for adjournment was based on the letter. They are comfortable proceeding by video, but he will consult with Mr. Brebis on how he wants to proceed, in-person or by video. He will notify the clerk if Mr. Bebris wants to proceed in-person.

The Court denies the motion based on Mr. Luczak's confirmation that the case can proceed to sentencing as scheduled.