# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | **SENTENCING MINUTES** |
| **ALEXANDER P. BEBRIS** | Case No. 19-CR-2 |

HONORABLE WILLIAM C. GRIESBACH presiding  Time Called: 1:30 p.m.
Proceeding Held: November 13, 2020  Time Concluded: 2:03 p.m.
Deputy Clerk: Mara  Tape: 111320 Zoom Video

**Appearances:**

| | |
|---|---|
| UNITED STATES OF AMERICA by: | Daniel R. Humble |
| ALEXANDER P. BEBRIS via video and by: | Jason D. Luczak |
| US PROBATION OFFICE by: | Brian Koehler |

☒ The parties have no objections to the factual statements in the PSR   ☒ The parties have no objections to the application of the guidelines in the PSR

☐ Objections/corrections to factual statements in PSR by ☐ Plaintiff ☐ Defendant   ☐ Objections/corrections to application of guidelines by ☐ Plaintiff ☐ Defendant

☒ The court adopts the factual statements and guideline application as set forth in the PSR   ☐ The court adopts the factual statements and guideline application with these changes:

☒ The government presents sentencing argument: 5 yr mm   ☒ The defendant presents sentencing argument: 5 yr mm
☒ Defendant exercises right of allocution.   ☒ The court imposes sentence.
☒ The government dismisses count(s) 2.   ☒ Defendant advised of appeal rights.

Mr. Luczak notes defense will be filing a notice of appeal relating to the decision and order of the previously filed motions to quash and to suppress.
**The Court STAYS this sentence and will allow the defendant's continued release with conditions as previously set pending appeal proceedings under 18 U.S.C. § 3143.**

**SENTENCE IMPOSED:**

**Imprisonment:**   60   Months as to Count(s)   1   of the   Indictment.  
                          Months as to Count(s)       of the

    Imprisonment term for each count to be served ☐ concurrently ☐ consecutively.
        TOTAL TERM OF IMPRISONMENT IMPOSED:       months.

    ☐ This term of imprisonment is to be served (☐ concurrently with <u>or</u> ☐ consecutively to) any state court sentence the defendant is currently serving.

**Probation:**       Years as to Count(s)       of the

**Supervised Release:**   6   Years as to Count(s)   1   of the   Indictment.  
                      Years as to Count(s)       of the

**MONETARY PENALTIES**

**Special Assessment:**  $ 100.00   due immediately

**Fine:**   $       ☒ fine waived

**Restitution:**   $       ☐ determination deferred

**JOINT AND SEVERAL PAYMENTS**

☐ Fine and/or ☐ Restitution is **joint and several** with      .
☐ Repayment of Buy Money is **joint and several** with      .

**FORFEITURE**

☐ All property forfeited upon conviction or by order of the court shall be included in the criminal judgment.

**RECOMMENDATIONS**

☐ The court recommends the defendant's placement at      .
☐ The court recommends the defendant's participation in the Bureau of Prisons' 500-hour drug treatment program.
☐ Other:      .

**CUSTODY**

☐ The defendant is remanded to the custody of the U.S. Marshal Service.
☒ The defendant is to voluntarily surrender at the institution designated by the Bureau of Prisons as notified by the U.S. Probation Office; ☐ on or after      .

**CONDITIONS OF SUPERVISED RELEASE/PROBATION**

☒ The defendant does not object to the conditions of supervised release as set forth in the presentence investigation report.
☒ The defendant waives reading of the conditions of supervised release.

☒ **Mandatory Conditions of Supervision** imposed.

☒ The Court adopts the **Standard Conditions of Supervision** set forth in the presentence investigation report without change.
☐ The Court adopts the **Standard Conditions of Supervision** set forth in the presentence investigation report with the following changes:

☒ The Court adopts the **Special Conditions of Supervision** set forth in the presentence investigation report without change.
☐ The Court adopts the **Special Conditions of Supervision** set forth in the presentence investigation report with the following changes: