UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,        Case No. 19-CR-2

vs.

ALEXANDER P. BEBRIS,

        Defendant.

## NOTICE OF APPEAL

Notice is hereby given that defendant Alexander P. Bebris appeals to the United States Court of Appeals for the Seventh Circuit from the judgment of conviction and sentence entered on November 17, 2020, as well as all interlocutory orders, including the orders denying Bebris's suppression motion and granting the motion to quash, in the United States District Court for the Eastern District of Wisconsin, the Honorable William C. Griesbach presiding.

Dated this 24th day of November, 2020.

        Respectfully submitted,

        GIMBEL, REILLY, GUERIN & BROWN LLP

        By: s/Jason D. Luczak
            JASON D. LUCZAK, WI Bar #1070883
            Email: jluczak@grgblaw.com
        Attorneys for Defendant

**P.O. ADDRESS**
330 East Kilbourn Avenue, Suite 1170
Milwaukee, Wisconsin 53202
Telephone: 414/271-1440