# Gimbel · Reilly · Guerin · Brown
## LLP

Writer's E-mail
bmeyer@grgblaw.com

December 29, 2020

**VIA E-FILE**

The Honorable William C. Griesbach
United States District Court – Eastern District of Wisconsin
125 S. Jefferson Street
Courtroom 201
Green Bay, WI 54301-4541

Re: *United States v. Alexander P. Bebris*
Eastern District of Wisconsin Case No. 19-CR-02

Dear Judge Griesbach:

    I write to respectfully request the Court allow Bebris to travel from his residence in the Eastern District of Wisconsin to Monticello, Indiana from December 31, 2020 through January 3, 2021. Bebris's significant other had a sudden death in the family on Christmas Day, and the funeral will take place in Indiana on January 2, 2021. Bebris has become close with the family and would like to attend the funeral to support his significant other. Enclosed with this letter is a copy of the obituary, which can be accessed at http://www.voorhisdraper.com/obituary/carla-frewerd.

    Bebris will continue to comply with all conditions of his probations, which remain in effect pending appeal in the above-captioned matter. Bebris will be accessible via cell phone during his travels and will contact his probation agent upon his return to the Eastern District of Wisconsin to verify said return. Bebris will also comply with any additional conditions Pretrial Services might want to place on him during his travels.

330 East Kilbourn Avenue
Suite 1170
Milwaukee, WI 53202
P: 414-271-1440
F: 414-271-7680
www.grgblaw.com

For these reasons, Bebris respectfully requests the Court grant an order allowing Bebris to travel from the Eastern District of Wisconsin to Monticello, Indiana and back from December 31, 2020 through January 3, 2021. I have contacted Assistant United States Attorney Dan Humble regarding this request and am awaiting his response. Thank you for your consideration.

Very truly yours,

BRIANNA J. MEYER