Share this obituary





# Carla Rae Frewerd of Buffalo, Indiana

June 5, 1964 - December 25, 2020

Carla Rae Frewerd, 56, of Buffalo, passed away on Friday, December 25, 2020 in Monticello.

She was born on June 5, 1964 in Green Bay, Wisconsin to the late Carl and Shirley (Coppus) Watruba who survives.

Carla worked for Adkev as a Team Leader. She enjoyed gardening, and attending power shows with Rich, her long time companion. Carla was an avid Green Bay Packers fan and loved spending time with her grandchildren.

She is survived by a son, Steven (Michelle) Frewerd of Dayton, IN; a daughter, Theresa (Companion: Nicholas Danford) Luse of Monticello; long time companion, Richard Wisinski of Monticello; siblings, Tracey (Dennis) Kaldie, George Watruba, Debbie (Carl) Olson, Roger Watruba, all of Wisconsin; and five grandchildren, Kylee, Kelsey, Braedon, Anthony and Mackenzie Frewerd.

A celebration of life will be planned for a later date.

Springer-Voorhis-Draper Funeral Home is entrusted with care.

Friends and family are encouraged to share a memory or a message of condolence at www.springerfuneralhome.com

**SEND FLOWERS**
Order Flowers for the Family

**SEND A CARD**
Show Your Sympathy to the Family

To send a flower arrangement or to plant trees in memory of **Carla Rae Frewerd**, please click here to visit our Sympathy Store.



**PLANT TREES**
In Remembrance

📖 View/Sign Guestbook

🖨 Print Obituary