# Gimbel · Reilly · Guerin · Brown
## LLP

Writer's E-mail
jluczak@gbrgblaw.com

April 20, 2021

Honorable William C. Griesbach
United States Courthouse Room 203
125 South Jefferson Street
Green Bay, WI 54301-4541

    Re:    *United States v. Alexander P. Bebris,* Case Number 19CR2

Dear Judge Griesbach:

The Defense respectfully requests that the Court permit Mr. Bebris to travel outside the Eastern District of Wisconsin. Specifically, Mr. Bebris requests to travel for the following days and locations:

1. April 23, 2021-April 25, 2021 to 18395 WI Hwy 55, Long Lake, WI 54542 for vacation.
2. May 13, 2021-May15, 2021 to Purdue University in West Lafayette, IN for his daughter's graduation.

The Government and Probation Office do not object to these requests. Thank you for your consideration.

Respectfully submitted,

GIMBEL, REILLY, GUERIN & BROWN LLP

By:
    s/Jason D. Luczak
    JASON D. LUCZAK
    State Bar No. 1070883
    Email:  jluczak@grgblaw.com
    Attorney for Defendant

330 East Kilbourn Avenue
Suite 1170
Milwaukee, WI 53202
P: 414-271-1440
F: 414-271-7680
www.grgblaw.com