# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

July 15, 2021

*Before*

DIANE S. SYKES, *Chief Judge*
MICHAEL Y. SCUDDER, *Circuit Judge*
THOMAS L. KIRSCH II, *Circuit Judge*

| | |
|---|---|
| No. 20-3291 | UNITED STATES OF AMERICA, <br> Plaintiff - Appellee <br><br> v. <br><br> ALEXANDER P. BEBRIS, <br> Defendant - Appellant |
| **Originating Case Information:** ||
| District Court No: 1:19-cr-00002-WCG-1 <br> Eastern District of Wisconsin <br> District Judge William C. Griesbach ||

The judgment of the District Court is **AFFIRMED**, in accordance with the decision of this court entered on this date.

form name: **c7_FinalJudgment**    (form ID: **132**)

CERTIFIED COPY
A True Copy
Teste:
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit