UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

      Plaintiff,

  v.                                    Case No. 19-CR-2

ALEXANDER P. BEBRIS,

      Defendant.

---

## ORDER LIFTING STAY

---

The Judgment of Conviction having been affirmed, the stay of sentence entered by the Court in the above matter is hereby VACATED. Defendant is to report to a correctional facility designated by the Bureau of Prisons at the time and date instructed.

SO ORDERED at Green Bay, Wisconsin this 9th day of August, 2021.

                                                        s/ William C. Griesbach
                                                        William C. Griesbach
                                                        United States District Judge