# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | **BOND REVOCATION** |
| **ALEXANDER P. BEBRIS** | Case No. 19-CR-2 |

HONORABLE WILLIAM C. GRIESBACH  presiding  
Proceeding Held:  August 20, 2021  
Deputy Clerk:  Lori  

Time Called:  2:38 pm  
Time Concluded:  2:43 pm  
Tape:  Zoom 082021

**Appearances:**

| | |
|---|---|
| UNITED STATES OF AMERICA by: | Daniel R. Humble |
| ALEXANDER P. BEBRIS via video and by: | Jason D. Luczak |
| US PROBATION OFFICE by: | Brian Koehler |
| INTERPRETER: None | ☐ Interpreter Sworn |

☒ Defendant consents to appear and proceed by video conference from the Brown County Jail.

Mr. Humble requests that defendant be detained and delivered to the Bureau of Prisons to begin his sentence.
Mr. Humble opposes self-surrender.
Mr. Luczak requests defendant be allowed to self-surrender as scheduled on 8/24/2021 in order to take care of loose ends prior to reporting for sentence.  Mr. Luczak informs the Court the defendant wishes to speak.  Defendant has been advised by counsel not to speak.
Mr. Bebris speaks against counsel's advice and requests the court allow him to self-surrender as planned.
The Court finds the violations are severe.  The request is DENIED.
Defendant will be detained pending transport to the Bureau of Prisons to begin his sentence.